# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DEGADILLO,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>D. ADAMS, WARDEN SATF/SP,<br><br>　　　　　　Respondent. | CASE NO. 05cv0060<br><br>**ORDER:**<br><br>**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT [Doc. No. 20]; and**<br><br>**(2) DENYING THE PETITION FOR WRIT OF HABEAS CORPUS [Doc. No. 1].** |

　　On January 12, 2005, petitioner Jesus Degadillo, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his April, 2002 conviction for three counts of lewd and lascivious acts upon a female child under fourteen years of age. (Doc. No. 1.)  Petitioner advances three claims: (1) his Eighth Amendment right was violated by the sentence of imprisonment of 150 years to life plus five years at the age of seventy-four, (2) the jury was improperly instructed to advise the trial court if a juror refused to deliberate or expressed an intention to disregard the law, and (3) the California courts violated his due process rights by failing to cite federal law in ruling on petitioner's claims.

　　This matter was referred to United States Magistrate Judge Anthony J. Battaglia pursuant to 28 U.S.C. § 636(b)(1)(B).  On December 13, 2007, Magistrate Judge Battaglia issued a Report and Recommendation recommending the Court deny the petition for writ of habeas corpus in its entirety

because the California Court of Appeal's decision in petitioner's case was not contrary to nor an unreasonable application of federal law. (Doc. No. 20.) Neither party has filed objections to the Report, which were due December 31, 2007.

Accordingly, the Court ADOPTS the Report in its entirety, and DENIES the petition for writ of habeas corpus.

**IT IS SO ORDERED.**

**DATED: February 1, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**